92 F.3d 1170
 Banque Worms Grand Cayman Branch, Banca Nazionale Del Lavoro
of Canada, Ryoshin Lease International, (Panama), S.A.,
Banco Di Roma International, S.A., Landesbank
Rheinland-Pfalz International, S.A., Den Danske Bank
Aktieselab, Banco Di Sicilia, Pan-American Life Insurance
Company, Pan-American Assurance Company, Financial Design
Resources, Inc., National Bank of Abu Dhabi
v.
Mellon Bank N.A.; Banque Worms Grand Cayman Branch, Banca
Nazionale Del Lavoro
 NOS. 95-3678, 62-3679
 United States Court of Appeals,
Third Circuit.
 July 24, 1996
 
 Appeal From: W.D.Pa., No. 92-cv-01258,
 Lancaster, J.
 
 
 1
 AFFIRMED.